UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

SAMUEL W. CARPENTER,　　　　　　　　　　Case No. 11-33006-dof
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Proceeding
　　　　Debtor.　　　　　　　　　　　　　　Hon. Daniel S. Opperman
_____/

OPINION DENYING
TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE NO. 11-33006

On June 21, 2011, the Debtor, Samuel W. Carpenter, filed a petition seeking relief under Chapter 7 of the Bankruptcy Code with the Bankruptcy Court for the Eastern District of Michigan, Southern Division. In his petition, Mr. Carpenter listed his address as 3651 Evergreen Parkway, Flint, Michigan. At his first meeting of creditors, Mr. Carpenter detailed that he lived in various places 180 days prior to filing his petition. With this testimony, the Chapter 7 Trustee, Samuel Sweet, filed a Motion to Dismiss because of improper venue. The Debtor filed a timely response to the Trustee's Motion to Dismiss.

On September 21, 2011, the Court conducted a hearing regarding the Trustee's Motion to Dismiss. At this hearing, Mr. Carpenter appeared and detailed to the Court that he lived in Virginia, but that his mother became ill in December of 2010, and that he moved to Flint to take care of his mother. The Court requested that Mr. Carpenter file an Affidavit stating the dates that he moved from Virginia to Flint, Michigan. The Affidavit of Mr. Carpenter, filed on October 4, 2011, is consistent with his statements to the Court on September 21, 2011.

STATEMENT OF JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) as a matter concerning the administration of the estate.

## APPLICABLE STATUTE

28 U.S.C. § 1408 provides in pertinent part:

> Except as provided in section 1410 of this title, a case under title 11 may be commenced in the district court for the district - -
>
> (1) in which the domicile, residence, principal place of business in the United States, or principal assets in the United States, of the person or entity that is the subject of such case have been located for the one hundred and eighty days immediately preceding such commencement, or for a longer portion of such one hundred and eighty day period than the domicile, residence, or principal place of business, in the United States, or principal assets in the United States, of such person were located in any other district;

## ANALYSIS

The Trustee appropriately filed a Motion to Dismiss because of his concerns regarding Mr. Carpenter's residence and whether the case should continue in the Eastern District of Michigan. Mr. Carpenter's statements to the Court, coupled with the Affidavit filed by Mr. Carpenter, however, support the conclusion that Mr. Carpenter spent the requisite period of time in Michigan as required by 28 U.S.C. § 1408. In particular, Mr. Carpenter spent time in Michigan caring for his mother and moved to Flint, Michigan, effective March 15, 2011. His travel between Michigan and Virginia was incidental to his residence that was established in Flint as early as March 15, 2011, if not earlier.

For these reasons, the Court denies the Trustee's Motion to Dismiss Bankruptcy Case No. 11-33006. The Court has entered an Order consistent with the Court's Opinion.

cc:   Samuel Carpenter

**Signed on October 14, 2011**

                                              **/s/ Daniel S. Opperman**
                                              **Daniel S. Opperman**
                                              **United States Bankruptcy Judge**